ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
C. R. Powless & Co. LLC ) ASBCA No. 61886
)
Under Contract No. W912JV-17-B-7002 )

APPEARANCE FOR THE APPELLANT: Ms. Carreen Powless
Principal

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Felix S. Mason, JA
Trial Attorney

## ORDER OF DISMISSAL

Appellant previously advised the Board that it had been paid the contract balance and wished to withdraw its appeal. The Board, by order dated January 9, 2019, advised the parties it intended to treat appellant's request as a motion for dismissal with prejudice and gave the parties time to interpose any objections they might have to a dismissal with prejudice. That time has expired, without any objection from either party having been received by the Board. Accordingly, for good cause shown, the appeal is dismissed with prejudice. This dismissal leaves no appeal remaining before the Board arising from the performance of Contract No. W912JV-17-B-7002. The Board commends the parties for their successful efforts to resolve the appeal.

Dated: February 7, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61886, Appeal of C. R. Powless & Co. LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals